AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

In the Matter of the Search of
*Information Associated with Snapchat Account "Charwuhls" that is Stored at a Premises Controlled by Snap, Inc.*

Case No. 26-MJ-277-SH

**FILED UNDER SEAL**

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California
*(identify the person or describe the property to be searched and give its location)*:
See Attachment "A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment "B"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before April 16, 2026
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Susan Huntsman .
*(name)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box):
☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _______________.

Date and time issued: 4/2/26 at 2:43pm [signature]
*Judge's signature*

City and state: Tulsa, Oklahoma Susan Huntsman, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 26-MJ-277-SH | 4/2/2026 @ 3:19 PM | Served electronically via Snap LE portal |

**Inventory made in the presence of :**
Miranda Richardson, Snap Records Custodian

**Inventory of the property taken and name of any person(s) seized:**

Zipped file containing Certificate of Authenticity, multiple spread sheets containing: accounts associated by ID; ai conversations; call logs; conversation list; conversations; friends list; ip data; location privacy settings; public profile information; public story; Snap communications with account; subscriber information; subscriber account change history; and media files.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/13/2026

[signature]

*Executing officer's signature*

Dustin Carder, HSI Supervisory Special Agent

*Printed name and title*

# ATTACHMENT A

## Property to be Searched

This warrant applies to information associated with the Snapchat account "**charwuhls**," which is stored at the premises owned, maintained, controlled, and/or operated by Snap, Inc., a company headquartered in Santa Monica, California.

# ATTACHMENT B

## Particular Things to be Seized

### I. Information to be disclosed by Snap, Inc.

To the extent that the information described in Attachment A is within the possession, custody, or control of Snap, Inc., regardless of whether such information is located within or outside the United States, and including any messages, records, files, logs, photographs, videos or other information that has been deleted but is still available to Snap, Inc., or has been confirmed preserved pursuant to a request made under 18 U.S.C. § 2703(f), Snap, Inc. is required to disclose the following information to the government for each account listed in Attachment A:

A. All stored communications and other files in Snap, Inc.'s possession (including account access information, event histories including dates and times, connection dates, times and locations, connection IP information, message content, graphics files, attachments, etc., further detailed below), whether physical, stored on electronic media, or temporarily extant on any computer or server, reflecting communications to or from the Snapchat account identified in Attachment A;

B. All subscriber information, including Snapchat username vanity names, email addresses, phone numbers, full name, physical address, and other personal identifiers;

C. All information pertaining to the creation of the account, including date and time of creation, IP address used to create the account, and all subscriber information provided at the time the account was created;

D. Timestamp and IP address of all account logins and logouts.

E. Logs of all messages and all files that have been created and Snaps sent or accessed via the Snapchat account identified in Attachment A, or that are controlled by user accounts associated with the Snapchat account;

F. The account name, vanity name, identifiers and all available subscriber information for any other Snapchat account(s) associated with the Snapchat account listed in Attachment A;

G. All content, records, connection logs, and other information relating to communications sent from or received by the Snapchat account identified in Attachment A from the account creation date to present, including but not limited to:

1. Transmitter/Sender identifiers (i.e., addresses and/or IP address);
2. Connection date and time;
3. Method of Connection (telnet, ftp, http);
4. Data transfer volume;
5. Username associated with the connection and other connection information, including the Internet Protocol address of the source of the connection;

6. Account subscriber identification records;

7. Other user accounts associated with, referenced in, or accessed by the Snapchat account identified in Attachment A;

8. Address books, contact lists and "my friends";

9. Records of files or system attributes accessed, modified, or added by the user;

10. All records and other evidence relating to the subscriber(s), customer(s), account holders(s), or other entity(ies) associated with the Snapchat account identified in Attachment A, including, without limitation, subscriber names, user names, screen names or other identities, addresses, residential addresses, business addresses, and other contact information, telephone numbers or other subscriber number or identifier number, billing records, information about the message and Snaps and all information length of service and the types of services the subscriber or customer utilized, and any other identifying information, whether such records or other evidence are in electronic or other form. Such records and other evidence include, without limitation, correspondence and other records of contact by any person or entity about the above-referenced account, the content associated with or relating to postings, communications and any other activities to or through the Snapchat

account listed in Attachment A, whether or such records or other evidence are in electronic or other form;

11. All records pertaining to communications between Snap, Inc. and the user(s) of the Snapchat account identified in Attachment A regarding the user or the user's Snapchat account, including contacts with support services and records of actions taken;

12. The content of all messages and Snaps sent, received, saved, stored, or otherwise preserved.

Snap, Inc. is hereby ordered to disclose the above information to the government within **14 days** of issuance of this warrant.

## II. Information to be seized by the government

All information described above in Section I that constitutes evidence, instrumentalities, contraband, and/or fruits of violations of 18 U.S.C. §§ 2251(a) and (e) – Attempted Sexual Exploitation of a Child, 18 U.S.C. § 2422(b) – Attempted Coercion or Enticement of a Minor, and 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Attempted Receipt of Child Pornography, collectively referred to as the "**Target Offenses**," from the account creation date to present, including, for each account or identifier listed on Attachment A:

a. Messages, communications, records, and files associated with or attached to email or chat messages, and transactional data that constitute evidence of, or that may have been used to facilitate, or that were capable of being used to commit or further the **Target Offenses**;

b. Images, videos, and other files depicting children engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

c. Communications that pertain to or that are evidence of the production, advertisement, distribution, receipt, or possession of child pornography, or accessing with the intent to view child pornography, or the attempted coercion or enticement of minors;

d. Communications between the Snapchat account identified in Attachment A and others from the account creation date to present as it relates to the **Target Offenses**;

e. Evidence indicating the times, geographic locations, and electronic devices from which the Snapchat account listed in Attachment A was accessed and used, to determine the chronological and geographical context of the Snapchat account access, use, and events relating to the **Target Offenses** and to the Snapchat account user;

f. Evidence indicating the Snapchat account owner's state of mind as it relates to the **Target Offenses**; and

g. The identity of the person(s) who created or used the Snapchat account identified in Attachment A.

As used above, the terms "documents," and "communications," refers to all content regardless of whether it is in the form of pictures, videos, audio records, text communications, or other medium and whether in draft or completed form and whether sent or received.

As used above, the terms "records" and "information" includes all forms of data stored by Snap, Inc., including IP addresses, toll records, and account identifying information.